1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   ROBERT E. MANGELS (Bar No. 48291), RMangels@jmbm.com
2  PAUL A. KROEGER (Bar No. 229074), PKroeger@jmbm.com
   1900 Avenue of the Stars, Seventh Floor
3  Los Angeles, California  90067-4308
   Telephone:    (310) 203-8080
4  Facsimile:    (310) 203-0567

5  KATTEN MUCHIN ROSENMAN LLP
   CHARLES MARK STERN, Charles.Stern@kattenlaw.com
6  THOMAS JAY LEANSE, Thomas.Leanse@kattenlaw.com
   LOGAN M. ELLIOT, Logan.Elliot@kattenlaw.com
7  2029 Century Park East, Suite 2600
   Los Angeles, CA 90067-3012
8  Telephone:    (310) 788-4400
   Facsimile:    (310) 788-4471

9
   Attorneys for Defendant and Counterclaimant CMSC
10 VENTURES, LLC now known as CASA MADRONA HOTEL
   AND SPA, LLC, a California Limited Liability Company

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                          SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  POGGIO LP, a California limited partnership,<br><br>16          Plaintiff,<br><br>17     v.<br><br>18  CMSC Ventures, LLC, and Does One through Ten.<br><br>19          Defendants. | CASE NO.   3:10-cv-02256-SC<br><br>**APPLICATION TO SUBSTITUTE ATTORNEY FOR DEFENDANT CMSC VENTURES, LLC** |
| 20  CMSC Ventures, LLC, now known as CASA MADRONA HOTEL AND SPA, LLC, a<br>21  California Limited Liability Company,<br><br>22          Counter-Claimant,<br><br>23     v.<br><br>24  POGGIO LP, a California limited partnership,<br><br>25          Counter-Defendant. | |

26
27          Defendant and Counterclaimant CMSC Ventures, LLC, now known as Casa

28  Madrona Hotel and Spa, LLC ("CMSC") hereby respectfully requests that the Court substitute

1  Jeffer, Mangels, Butler & Marmaro, LLP as its counsel of record, in place and instead of Katten,
2  Muchen Rosenman, LLP.  This substitution is consented to by all of the parties involved.

4  DATED: July 1, 2010                    JEFFER, MANGELS, BUTLER & MARMARO LLP
                                          ROBERT E. MANGELS
5                                         PAUL A. KROEGER

7                                         By: /s/ ROBERT E. MANGELS
                                              ROBERT E. MANGELS
8                                         Attorneys for Defendant and Counterclaimant CMSC
                                          VENTURES, LLC NOW KNOWN AS CASA
9                                         MADRONA HOTEL AND SPA, LLC, A
                                          CALIFORNIA LIMITED LIABILITY COMPANY
10 DATED: July 1, 2010                    KATTEN MUCHIN ROSENMAN, LLP
                                          LOGAN M. ELLIOT
11                                        THOMAS J. LEANSE
                                          CHARLES MARK STERN

13                                        By: /s/ THOMAS J. LEANSE
                                              THOMAS J. LEANSE
14                                        Attorneys for Defendant and Counterclaimant CMSC
                                          VENTURES, LLC NOW KNOWN AS CASA
15                                        MADRONA HOTEL AND SPA, LLC, A
                                          CALIFORNIA LIMITED LIABILITY COMPANY
16 DATED:                                 CMSC VENTURES, LLC now known as CASA
                                          MADRONA HOTEL AND SPA, LLC, a California
17                                        Limited Liability Company

19                                        By: _____
                                          Its: _____

                       July
21 SO ORDERED this __7__ day of ~~June~~, 2010.

                                          BY THE COURT:

                                          _____
                                          U.S. DISTRICT JUDGE
                                          Judge Samuel Conti
                                          IT IS SO ORDERED

Jeffer, Mangels, Butler & Marmaro, LLP as its counsel of record, in place and instead of Katten, Muchen Rosenman, LLP. This substitution is consented to by all of the parties involved.

DATED: June, 2010

JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT E. MANGELS
PAUL A. KROEGER

By: _____
ROBERT E. MANGELS
Attorneys for Defendant and Counterclaimant CMSC VENTURES, LLC NOW KNOWN AS CASA MADRONA HOTEL AND SPA, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

DATED: June __, 2010

KATTEN MUCHEN ROSENMAN, LLP
LOGAN M. ELLIOT
THOMAS J. LEANSE
CHARLES MARK STERN

By: _____
THOMAS J. LEANSE
Attorneys for Defendant and Counterclaimant CMSC VENTURES, LLC NOW KNOWN AS CASA MADRONA HOTEL AND SPA, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

DATED: June 23, 2010

CMSC VENTURES, LLC now known as CASA MADRONA HOTEL AND SPA, LLC, a California Limited Liability Company

By: _____
Its: _____CFO_____

SO ORDERED this _____ day of June, 2010.

BY THE COURT:

_____
Samuel Conti
U.S. DISTRICT COURT JUDGE

- 2 -