1   THOMAS F. HYDE (No. 50801)
    Email: tom@hydelaw.com
2   80 East Sir Francis Drake Boulevard
    Suite 4-C
3   Larkspur, California 94939
    Telephone: 415/464-1180
4   Facsimile: 415/464-0280

5   MICHAEL J. BAKER (No. 56492)
    Email: mbaker@howardrice.com
6   HOWARD RICE NEMEROVSKI CANADY
         FALK & RABKIN
7   A Professional Corporation
    Three Embarcadero Center, 7th Floor
8   San Francisco, California 94111-4024
    Telephone: 415/434-1600
9   Facsimile: 415/217-5910

10  Attorneys for Plaintiff and Counter-Defendant
    POGGIO LP

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15  | POGGIO LP, a California limited partnership, | No. C 10-02256-SC |
16  | Plaintiff, | |
17  | v. | STIPULATION TO DISMISS COMPLAINT AND COUNTERCLAIM WITHOUT PREJUDICE |
18  | CMSC Ventures, LLC, and Does One through Ten, | |
19  | Defendants. | |
20
21  | CMSC Ventures, LLC, now known as CASA MADRONA HOTEL AND SPA, LLC, a California Limited Liability Company, | |
22  | | |
23  | Counter-Claimant, | |
24  | v. | |
25  | POGGIO LP, a California limited partnership, | |
26  | Counter-Defendant. | |

27

28

STIPULATION TO DISMISS COMPLAINT AND COUNTERCLAIM

IT IS HEREBY STIPULATED by and between all the parties appearing in this action, through their designated counsel, that the above-captioned action, including the Complaint and the Counterclaim, be and hereby are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED:  August 16, 2010.

THOMAS F. HYDE
Attorney at Law

MICHAEL J. BAKER
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/ *Michael J. Baker*_____
          MICHAEL J. BAKER

Attorneys for Plaintiff and Counter-Defendant
POGGIO LP

DATED:  August 16, 2010.

JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT E. MANGELS
PAUL A. KROEGER

KATTEN MUCHEN ROSENMAN LLP
CHARLES MARK STERN
THOMAS JAY LEANSE
LOGAN M. ELLIOT

By: _____/s/ *Robert E. Mangels*_____
          ROBERT E. MANGELS

Attorneys for Defendant and Counter-Claimant
CMSC VENTURES, LLC now known as CASA MADRONA HOTEL AND SPA, LLC

*[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti]*

-1-
STIPULATION TO DISMISS COMPLAINT AND COUNTERCLAIM

**ATTESTATION**

In accordance with General Order No. 45, Section X(B), the filer of this document hereby attests that concurrence in the filing of this document has been obtained from each of the signatories listed above.

DATED: August 16, 2010.

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

By: _____/s/ *Michael J. Baker*_____
MICHAEL J. BAKER

Attorneys for Plaintiff and Counter-Defendant
POGGIO LP